IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-2821 |
| GENER8 ENTERTAINMENT, INC., *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Based on J&J Sports Productions, Inc.'s Notice of Dismissal Without Prejudice, filed under Federal Rule of Civil Procedure 41(a)(1), this action is dismissed, without prejudice.

SIGNED on December 5, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge